# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Valentine, Ronald J<br>Valentine, Jenine M<br>Debtors | §<br>§<br>§<br>§ | Case No. 09 B 24660 |
|---|---|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/07/2009.

2) The plan was confirmed on 12/14/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/09/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was dismissed on 06/06/2011.

6) Number of months from filing or conversion to last payment: 22.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $42,500.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $27,692.27 | |
| Less amount refunded to debtor | $0 | |
| **NET RECEIPTS:** | | $27,692.27 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,511.50 | |
| Court Costs | $0 | |
| Trustee Expenses & Compensation | $1,552.23 | |
| Other | $0 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $5,063.73 |
| Attorney fees paid and disclosed by debtor | $350.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chrysler Financial Services Americas | Secured | $26,726.00 | $26,347.67 | $26,347.67 | $17,392.93 | $0 |
| CitiFinancial | Secured | $7,161.00 | $2,625.00 | $2,625.00 | $2,625.00 | $32.96 |
| Cook County Treasurer | Secured | $4,941.00 | $5,008.51 | $4,941.00 | $214.85 | $0 |
| Country Club Hills Municipality | Secured | $240.00 | $240.00 | $240.00 | $0 | $0 |
| JP Morgan Chase Bank NA | Secured | $131,852.00 | $130,529.33 | $130,529.33 | $0 | $0 |
| JP Morgan Chase Bank NA | Secured | NA | $0 | $0 | $0 | $0 |
| JP Morgan Chase Bank NA | Secured | $1,344.00 | $1,323.20 | $1,323.20 | $1,323.20 | $0 |
| Rogers & Hollands Jewelers | Secured | $5,217.00 | $5,326.46 | $5,217.00 | $1,039.60 | $0 |
| AAA Checkmate LLC | Unsecured | NA | $1,281.49 | $1,281.49 | $0 | $0 |
| Advocate South Suburban Hosp | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Affiliated Radiologist | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Brother Loan & Finance | Unsecured | $80.00 | NA | NA | $0 | $0 |
| Brother Loan & Finance | Unsecured | $80.00 | $1,297.10 | $1,297.10 | $0 | $0 |
| Candica LLC | Unsecured | $628.00 | $850.29 | $850.29 | $0 | $0 |
| Capital One | Unsecured | $784.00 | $753.54 | $753.54 | $0 | $0 |
| CBCS | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Chicago Institute Of Neurosurgery | Unsecured | $70.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CitiFinancial | Unsecured | NA | $4,536.21 | $4,536.21 | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $25.00 | $200.00 | $200.00 | $0 | $0 |
| Cook County Treasurer | Unsecured | NA | $67.51 | $67.51 | $0 | $0 |
| Credit Collections Services | Unsecured | $19.53 | NA | NA | $0 | $0 |
| Devon Financial Services Inc | Unsecured | $381.15 | $596.09 | $596.09 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $700.00 | $746.29 | $746.29 | $0 | $0 |
| Emergency Care Health Organization | Unsecured | $571.00 | NA | NA | $0 | $0 |
| Ffcc Columbus Inc | Unsecured | $587.00 | $586.61 | $586.61 | $0 | $0 |
| Fingerhut | Unsecured | $315.00 | NA | NA | $0 | $0 |
| Fredric Tatel | Unsecured | $586.61 | NA | NA | $0 | $0 |
| Genesis Financial Svcs Dba USA Wel | Unsecured | $79.90 | $603.83 | $603.83 | $0 | $0 |
| Harris & Harris | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Horizon Health Care Associates | Unsecured | $10.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $700.88 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $699.59 | $699.59 | $0 | $0 |
| JP Morgan Chase Bank NA | Unsecured | $0 | $25,184.32 | $25,184.32 | $0 | $0 |
| Midwest Emergency | Unsecured | $419.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Municipal Collection Services | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Mypaydayloan.Com | Unsecured | $718.75 | NA | NA | $0 | $0 |
| Nationalpayday.Com | Unsecured | $390.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $1,100.00 | $1,018.35 | $1,018.35 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $506.00 | $493.06 | $493.06 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $640.00 | $640.00 | $640.00 | $0 | $0 |
| Primary Care Partners Ltd. | Unsecured | $10.00 | NA | NA | $0 | $0 |
| Quest Diagnostics Inc | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $60.00 | $60.00 | $60.00 | $0 | $0 |
| Revenue Cycle Solutions | Unsecured | $80.00 | NA | NA | $0 | $0 |
| Rogers & Hollands Jewelers | Unsecured | $0.01 | $109.46 | $109.46 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $681.00 | $723.44 | $723.44 | $0 | $0 |
| South Suburban Cardiology | Unsecured | $478.00 | NA | NA | $0 | $0 |
| Southwest Laboratory Physican | Unsecured | $69.30 | NA | NA | $0 | $0 |
| Sullivan Urgent Aid Centers | Unsecured | $385.32 | NA | NA | $0 | $0 |
| Triple Check Ins | Unsecured | $84.00 | NA | NA | $0 | $0 |
| Triple Check Ins | Unsecured | $350.00 | NA | NA | $0 | $0 |
| WFNNB/Jessica London | Unsecured | $269.00 | NA | NA | $0 | $0 |
| Wfnnb/Lerner | Unsecured | $245.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $130,529.33 | $0 | $0 |
| Mortgage Arrearage | $1,323.20 | $1,323.20 | $0 |
| Debt Secured by Vehicle | $28,972.67 | $20,017.93 | $32.96 |
| All Other Secured | $10,398.00 | $1,254.45 | $0 |
| **TOTAL SECURED:** | $171,223.20 | $22,595.58 | $32.96 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $40,447.18 | $0 | $0 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $5,063.73 |
| Disbursements to Creditors | $22,628.54 |
| **TOTAL DISBURSEMENTS:** | $27,692.27 |

UST Form 101-13-FR-S (09/01/2009)

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: July 19, 2011        By:  /s/ MARILYN O. MARSHALL
                                                    Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.